
**"UNDER SEAL"**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
CHARLOTTE, NC

MAR 1 5 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 5:22-cr-13-KDB |
| v. | *UNDER SEAL* |
| SPENC'R DENARD RICKERSON a/k/a Spencr Rickerson | |

## MOTION TO SEAL INDICTMENT, WARRANTS, AND OTHER DOCUMENTS

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, who moves this Court for an order directing that the Bill of Indictment, the Arrest Warrants, this Motion, and any Order issued pursuant to this Motion be sealed immediately to protect the ongoing nature of the investigation in this matter, and that same remain sealed until further order of this Court.

Respectfully submitted this 15th day of March 2022.

DENA J. KING
UNITED STATES ATTORNEY

LAMBERT F. GUINN
ASSISTANT UNITED STATES ATTORNEY
227 W. Trade Street, Suite 1700
Charlotte, NC 28202
(704) 338-3117 (phone)
(704) 227-0254 (fax)